UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| RAYMOND J. KELLER, et al., | CASE NO. C24-2172JLR |
| Plaintiffs, | ORDER |
| v. | |
| MOUNTLAKE TERRACE CODE ENFORCEMENT, et al., | |
| Defendants. | |

On February 26, 2025, the court dismissed *pro se* Plaintiffs Raymond J. Keller, Jolene V. Johnson, and Jeffrey M. Johnson's ("Plaintiffs") original complaint for failure to state a claim, but granted Plaintiffs leave to file an amended complaint that cured the deficiencies identified in that order. (2/26/25 Order (Dkt. # 19); *see* Compl. (Dkt. # 18).) In their amended complaint, Plaintiffs bring claims against Defendants Mountlake Terrace Code Enforcement, Mountlake Terrace Police Department, the City of Mountlake Terrace, and the Mountlake Terrace City Attorney ("Defendants") arising

1    from an incident that took place on April 1, 2022.  (Am. Compl. (Dkt. # 22) ¶¶ 6-9, 14.)

2    On that day, according to Plaintiffs, Defendants "broke down Plaintiffs' backyard

3    fence[,]" "effectively placed Plaintiffs under house arrest[,]" and "proceeded to remove

4    and seize numerous items of personal property from Plaintiffs' fenced backyard[.]"  (*Id.*

5    ¶¶ 15-17.)  Plaintiffs assert that Defendants acted unlawfully pursuant to a search warrant

6    that "contained multiple fatal defects[.]"  (*Id.* ¶ 20.)  Plaintiffs bring civil rights claims

7    under 42 U.S.C. § 1983 for violations of the First and Fourteenth Amendments to the

8    United States Constitution, conversion, trespass, and wrongful taking under the

9    Washington Constitution.  (*Id.* ¶¶ 26-55.)

10          Having reviewed the amended complaint, the court concludes that Plaintiffs have

11   satisfied the concerns raised in the February 26, 2025 order.  Therefore, the court will

12   allow this action to proceed.  Plaintiffs are DIRECTED to file a praecipe to issue

13   summons, along with completed summons forms, by no later than **April 7, 2025**.[1]

14          Dated this 24th day of March, 2025.

15

16                                              _____

17                                              JAMES L. ROBART
                                                United States District Judge

18

19

20

21          _____
            [1] Instructions for submitting summons to the court can be found in the Pro Se Guide to
      Filing Your Lawsuit in Federal Court, available on this District's website at
22    https://www.wawd.uscourts.gov/representing-yourself-pro-se

ORDER - 2