UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| RAYMOND J. KELLER, et al., | CASE NO. C24-2172JLR |
| Plaintiffs, | ORDER |
| v. | |
| MOUNTLAKE TERRACE CODE ENFORCEMENT, et al., | |
| Defendants. | |

Before the court is *pro se* Plaintiff Jolene V. Johnson's letter to the court. (Letter (Dkt. # 31).) Ms. Johnson appears to believe that this matter will automatically be closed in her favor because Defendants have neither answered nor responded to the complaint she filed with her *pro se* co-Plaintiffs Raymond J. Keller and Jeffrey M. Johnson. (*See id.* at 1.) The court instructs Ms. Johnson, Mr. Keller, and Mr. Johnson that "[a] request for a court order must be made by motion[,]" Fed. R. Civ. P. 7(b)(1), and that this case will not be closed in Plaintiffs' favor unless and until the court grants both a motion for

ORDER - 1

1  entry of default and a motion for default judgment signed by all three Plaintiffs.  *See* Fed.

2  R. Civ. P. 55; Local Rules W.D. Wash. LCR 55.  Accordingly, the court takes no action

3  in response to Ms. Johnson's letter.

4        Dated this 28th day of May, 2025.

                                              JAMES L. ROBART
                                              United States District Judge