1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

8
9
10

RAYMOND J. KELLER, et al.,

CASE NO. C24-2172JLR

11

Plaintiffs,

ORDER

v.

12
13

MOUNTLAKE TERRACE CODE
ENFORCEMENT, et al.,

14

Defendants.

15
16

Before the court are Plaintiffs' motions for entry of default (Def. Mot. (Dkt. # 33))

and for default judgment (Def. J. Mot. (Dkt. # 34)).  Plaintiffs filed their motions on June

17

9, 2025.  (*See* Dkt.)  Later that same day, before the Clerk entered default, Defendants

18

filed answers to Plaintiffs' amended complaint.  (*See* Mountlake Terrace Answer (Dkt.

19

# 35); Evans Answer (Dkt. # 36).)  In light of the Ninth Circuit's strong policy favoring

20

the resolution of cases on the merits, *see Eitel v. McCool*, 782 F.2d 1470, 1472 (9th Cir.

21
22

MINUTE ORDER - 1

1  1986), the court accepts Defendants' late-filed answers and DENIES Plaintiffs' motions

2  for entry of default (Dkt. # 33) and for default judgment (Dkt. # 34).

3      DATED this 10th day of June, 2025.

4

5

6      JAMES L. ROBART
    United States District Judge

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22