UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| RAYMOND J. KELLER, et al.,<br><br>    Plaintiffs,<br>  v.<br><br>MOUNTLAKE TERRACE CODE ENFORCEMENT, et al.,<br><br>    Defendants. | CASE NO. C24-2172JLR<br><br>ORDER |

Before the court is a letter from Plaintiffs dated July 6, 2025, and filed on July 7, 2025. (Letter (Dkt. # 45).) Plaintiffs, who are proceeding *pro se* and *in forma pauperis*, once again take issue with the filing date reflected on the docket for their motion for entry of default. (S*ee generally* Letter; Mot. for Review (Dkt. # 42); *see also* 6/10/25 Order (Dkt. # 37) (denying Plaintiffs' motion for entry of default).) Although the docket has been updated to show that Plaintiffs' motion for entry of default was filed on June 6,

ORDER - 1

1  2025, rather than June 9, 2025 (*see generally* Dkt.), Plaintiffs object that they in fact filed
2  their motion on June 5, 2025 (*see, e.g.*, Letter at 2, 5).
3        The court has previously instructed Plaintiffs that "[a] request for a court order
4  must be made by motion[,]" and that the court will take no action in response to letters it
5  receives from Plaintiffs. (5/28/25 Order (Dkt. # 32) at 1-2 (quoting Fed. R. Civ. P.
6  7(b)(1)).) Plaintiffs are again placed on notice that the court will take no action absent
7  the filing of a motion. The court will not address any letters Plaintiffs send to the court in
8  the future. Furthermore, as the court stated in its July 3, 2025 order, whether the filing
9  date of Plaintiffs' motion for entry of default was June 5, 2025, June 6, 2025, or June 9,
10 2025, has no effect on the court's disposition of that motion because Defendants filed
11 their answers before the Clerk entered default. (7/3/25 Order (Dkt. # 44) at 2.) To the
12 extent Plaintiffs complain that they are not receiving orders or are unable to tell if their
13 documents have been timely filed (*see, e.g.*, Letter at 2 (asking whether the court received
14 Plaintiffs' paperwork)), Plaintiffs can remedy that concern by signing up for electronic
15 filing. Instructions for doing so are available on the court's website.[1]
16       Finally, Plaintiffs are placed on notice that the court will not tolerate
17 disparagement of court staff in their filings. (*See, e.g.*, Letter at 6 (accusing court staff of
18 "apparently de[c]id[ing]" the case on behalf of the court), 9 (accusing court staff of
19 //
20 //
21
22   [1] *See* https://www.wawd.uscourts.gov/representing-yourself-pro-se (last visited July 15, 2025).

lying), 27 (accusing court staff of "pulling a shadey [sic] move").)  Disparagement of court staff in the future may result in the imposition of sanctions.

DATED this 15th day of July, 2025.

_____
JAMES L. ROBART
United States District Judge

ORDER - 3